**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**at LOUISVILLE**
*Electronically Filed*

Removed from Jefferson Circuit Court
Civil Action No. 19-CI-00494

| | |
|---|---|
| PATRICIA LINDERMAN ) | |
| and ) | |
| GORDON LINDERMAN ) | |
| Plaintiffs ) | |
| v. ) | |
| RANDY V. LOONEY; ) | |
| CONTRACTORS CARTAGE, INC.; ) | Civil Action No.: 3:19-CV-111-RGJ |
| and ) | Judge: Rebecca Grady Jennings |
| SCHILLI CORPORATION ) | Magistrate-Judge: |
| Defendants ) | |

## NOTICE OF REMOVAL

Defendants, Randy Looney, Contractors Cartage, Inc. and Schilli Corporation (collectively hereinafter, "Defendants") hereby remove to the United States District Court for the Western District of Kentucky at Louisville, the action captioned *Patricia Linderman and Gordon Linderman v. Randy V. Looney, Contractors Cartage, Inc., and Schilli Corporation,* Case No. 19-CI-00494, which is currently pending in the Jefferson Circuit Court in the Commonwealth of Kentucky. As grounds for said removal, Defendants state:

1. On or about January 24, 2019, Plaintiffs, Patricia Linderman and Gordon Linderman, filed a Complaint in the Jefferson Circuit Court, bearing Civil

Action No. 19-CI-00494. Copies of all process and pleadings in said action are attached hereto as ***exhibits*** in accordance with 28 U.S.C. § 1446(a).

2. Plaintiffs, Patricia Linderman and Gordon Linderman, are and were at all times relevant hereto, including the time of the commencement of Civil Action No. 19-CI-00494, citizens and residents of the Commonwealth of Kentucky.

3. The Defendant, Randy Looney, was at the time of the filing of this Notice of Removal and was at the time of the commencement of this action a citizen and resident of the State of Missouri.

4. The Defendant Contractors Cartage, Inc., was at the time of the filing of this Notice of Removal and was at the time of the commencement of this action, a corporation organized under the laws of the State of Missouri with its principal place of business in Fenton Missouri.

5. The Defendant, Schilli Corporation, was at the time of the filing of this Notice of Removal and was at the time of the commencement of this action, a corporation organized under the laws of the State of Missouri with its principal place of business in Fenton, Missouri.

6. This action is one that Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. The amount in controversy in this action exceeds the sum of $75,000.00 by each Plaintiff exclusive of interest and costs and was confirmed by written demands made by Plaintiffs' counsel pre-litigation.

8.  This Notice of Removal is filed within thirty (30) days after each of the Defendants were served and/or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

WHEREFORE, Defendants respectfully request that this action be removed to the United States District Court for the Western District of Kentucky at Louisville.

Respectfully submitted,

*/s/ William T. Donnell*
William T. Donnell
WHITTENDONNELL
700 N. Hurstbourne Pkwy,
Suite 112
Louisville, KY 40222
P: 502-430-1016
F:  502-430-1083
wdonnell@louisvillecounsel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was served via the US Postal Service and electronic service on this the 14th day of February, 2018 on:

Gregory L. Smith
Anna S Rueff
Smith & Hoskins, PLLC
6010 Brownsboro Park Blvd
Suite B
Louisville, KY 40207
P:  502-899-5220
gsmith@smith-hoskins.com
arueff@smith-hoskins.com

*/s/ William T. Donnell*
*Counsel for Defendants*

3