NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____
HON. _____

PATRICIA LINDERMAN &
GORDON LINDERMAN                                        PLAINTIFFS

v.                          **<u>COMPLAINT</u>**

*Electronically Filed*

RANDY V. LOONEY;
700 High Street CMN
Fredericktown, MO 63645

Serve:        Kentucky Secretary of State
              700 Capital Avenue, # 152
              Frankfort, Kentucky 40601


CONTRACTORS CARTAGE, INC.; &
2275 Cassens Drive, Suite 128
Fenton, MO 63026

Serve:        Kentucky Secretary of State
              700 Capital Avenue, # 152
              Frankfort, Kentucky 40601

SCHILLI CORPORATION
2275 Cassens Drive, Suite 128
Fenton, MO 63026

Serve:        Kentucky Secretary of State
              700 Capital Avenue, # 152
              Frankfort, Kentucky 40601

                                                       DEFENDANTS

** ** ** ** ** **

1

7AC0822C-07F9-425B-965C-781D8E97A45F : 000001 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000001 of 000006

## Jurisdiction

1.      Plaintiffs, Patricia Linderman and Gordon Linderman, at all times relevant herein, have been and are citizens of the Commonwealth of Kentucky.

2.      Defendant, Randy Looney, is a resident of Fredericktown, Missouri, but committed tortious injury within the Commonwealth of Kentucky as further set out herein.

3.      Contractors Cartage, Inc., is a corporation incorporated under the laws of Missouri, having its principal place of business in a state other than the Commonwealth of Kentucky.

4.      Schilli Corporation is a corporation incorporated under the laws of Missouri, having its principal place of business in a state other than the Commonwealth of Kentucky.

5.      At all times relevant herein, Defendant, Randy V. Looney, was an agent and/or employee and/or servant of Defendants, Contractors Cartage, Inc., and/or Schilli Corporation.  Contractors Cartage, Inc., and/or Schilli Corporation are vicariously liable for the actions and omissions, negligence, and gross negligence of Defendant, Randy V. Looney, and are therefore liable for all injuries and damages suffered by Plaintiffs herein by virtue of the acts, omissions, and/or gross negligence of Defendant, Randy V. Looney.

6.      Pursuant to KRS 454.210, jurisdiction is properly exercised by this Court due to the actions and/or omissions of Defendant Randy V. Looney in causing

2

Filed                    19-CI-000494      01/24/2019              David L. Nicholson, Jefferson Circuit Clerk

tortious injury to the Plaintiffs within the State of Kentucky to which the

Defendants Contractors Cartage, Inc., and Schilli Corporation are vicariously liable.

7.    Jurisdiction is properly exercised pursuant to KRS 454.210 over

Contractors Cartage, Inc., and Schilli Corporation by virtue of their doing business

in the Commonwealth of Kentucky and from causing tortious injury in this

Commonwealth by their actions, omissions, negligence, and/or gross negligence.

## Count I

8.    On February 22, 2018, at Timber Ridge Drive near its intersection

with River Road in Jefferson County, Kentucky, Defendant, Randy V. Looney, was

operating a 2016 Volvo VNL tractor trailer as an agent, servant, and/or employee of

Contractors Cartage, Inc., and/or Schilli Corporation in a negligent and careless

manner, in total disregard for others operating their vehicles on the highway and in

a grossly negligent manner, resulting in his vehicle colliding with the vehicle

operated by Plaintiff, Patricia Linderman, causing significant damage to her vehicle

which she was operating at the time of the accident.

9.    After the collision between the vehicle operated by Randy V. Looney

with the vehicle operated by Patricia Linderman, Defendant Looney failed to stop

and render aid, left the scene of the accident, and failed to report his involvement in

the subject accident, all in violation of applicable Kentucky and Federal statutes,

regulations, and ordinances.

3

7AC0822C-07F9-425B-965C-781D8E97A45F : 000003 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000003 of 000006

Filed                    19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

10.     That the acts and omissions as set forth in paragraphs 8 and 9 were negligent, grossly negligent, reckless, and/or in total disregard for others operating their vehicles on the highway, entitling Plaintiffs to punitive damages.

11.      At all times material to the accident which forms the basis of this action, Defendant Looney was an agent, servant, and employee of Defendants, Contractors Cartage, Inc., and/or Schilli Corporation and was acting within the scope and course of his agency and employment with Defendants, Contractors Cartage, Inc., and/or Schilli Corporation.

12.     Defendants, Contractors Cartage Inc. and/or Schilli Corporation are liable to Plaintiffs for the actions, omissions, and/or gross negligence of Defendant Looney under the doctrine of respondent superior.

13.     Defendants, Contractors Cartage Inc. and/or Schilli Corporation negligently hired, retained, supervised, and/or trained Defendant Looney as an employee and/or negligently entrusted him with the operation of the subject tractor trailer on the date, time, and location of the subject accident, which caused injury to Plaintiffs.

14.     As a direct and proximate result of the actions and/or omissions of Defendants, Plaintiff, Patricia Linderman, suffered bodily injuries, was prevented from transacting her business, sustained wage loss, suffered pain of mind and body, sustained general destruction of property, incurred and will continue to incur medical expenses, and has been impaired in her power to earn money in the future, all of said damages in excess of the jurisdictional limits of this court..

7AC0822C-07F9-425B-965C-781D8E97A45F : 000004 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000004 of 000006

Filed                    19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

## Count II

15.     At all times relevant hereto and thereafter, Plaintiff, Gordon Linderman, was the spouse of Patricia Linderman.

16.      As a direct and proximate result of the acts and omissions of Defendants as set forth in Count I, Gordon Linderman has suffered the loss of services, assistance, aid, society, companionship, and affection of his wife, Patricia Linderman, in an amount in excess of the jurisdictional limits of this court.

WHEREFORE, Plaintiffs demand:

1.     Judgment for compensatory damages, including destruction of Plaintiff's property, against Defendants, jointly and/or severally, in an amount that is fair and reasonable as shown by the evidence;

2.     For Plaintiffs' costs herein expended;

3.     For a trial by jury;

4.     For prejudgment interest from the date of injury to trial at the applicable rate allowable by law;

5.     For punitive damages against Defendants, as the facts may warrant; and

6.     For any and all other relief to which Plaintiffs may now or hereinafter appear to be entitled, including leave to amend the Complaint to assert additional causes of action and/or to name additional party Defendants who may have caused or contributed to cause the injuries and damages suffered by the Plaintiffs herein.

Filed 19-CI-000494 01/24/2019 David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

*/s/ Gregory L. Smith*

Gregory L. Smith
Anna S. Rueff
SMITH & HOSKINS, PLLC
6010 Brownsboro Park Blvd., Suite B
Louisville, Kentucky 40207
gsmith@smith-hoskins.com
arueff@smith-hoskins.com
P: (502) 899-5220
F: (502) 899-3917
**Counsel for Plaintiffs, Patricia
Linderman and Gordon Linderman**

6

Filed 19-CI-000494 01/24/2019 David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000006 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

COM : 000006 of 000006

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

NO. _____                                  JEFFERSON CIRCUIT COURT
                                                                DIVISION _____

PATRICIA LINDERMAN &
GORDON LINDERMAN                                                     PLAINTIFFS

v.      **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND
      REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED ON
                    DEFENDANT, RANDY V. LOONEY**

                            *Electronically Filed*

RANDY V. LOONEY;
CONTRACTORS CARTAGE, INC.;
&
SCHILLI CORPORATION                                                 DEFENDANTS

                        ** ** ** ** **

        Pursuant to Kentucky Rules of Civil Procedure 33 and 34, Plaintiffs, Patricia

and Gordon Linderman, submit their First Set of Interrogatories and Request for

Production of Documents to Defendant Randy V. Looney.

        Pursuant to CR 33.01(2), Defendant is to serve his response to these

Discovery Requests within thirty (45) days from the date of service. Defendant shall

answer separately and fully each Discovery Request in writing and shall divulge all

information that is within his knowledge, possession, or control, or that may be

reasonably ascertained by him, and all information within the knowledge,

possession or control of his attorney or agents, or that may be reasonably

ascertained by them. Anything that comes to the knowledge of Defendant after

filing the answers to these Interrogatories which would alter or change the original

                                      1

answers should be contained in (an) amended answer(s) served upon Plaintiff's attorney.

## **DEFINITIONS**

As used herein, the following words have the following meanings:

A.  "Plaintiff" means Plaintiff;

B.  "Defendant" means Defendant, or any other party who acts on his behalf;

C.  "You" means Answering Defendant;

D.  "Document" means any kind of written or graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including, but not limited to, originals, copies and drafts and both sides thereof, and including but not limited to; papers, books, letters, photographs, objects, tangible things, correspondence, telegrams, tests, emails, cables, telex messages, memoranda, notes, notations, work papers, transcripts, minutes, reports, drawings, blueprints, and tape recordings of any type or size, and recordings of telephone conversations, interviews, conferences or other meetings, affidavits, statements, summaries, opinions, reports, studies, analysis, evaluations, contracts, agreements, journals, statistical reports, desk calendars, appointment books, diaries, lists, tabulations, summaries, sound recordings, computer printouts, data processing input and output, microfilm and all of the records kept by electronic, photographic or mechanical means and things similar to any of the foregoing however denominated;

2

Filed          19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

# INTERROGATORIES

Pursuant to Civil Rule 33.01(2), Plaintiff requests that the Defendant, Randy V. Looney, answer the following Interrogatories within forty-five (45) days of service:

1.   Please identify yourself fully, giving your full legal name, date of birth, social security number, email address, residence address, business address, place and address of employment and the type of work you perform at your employment.

ANSWER:


2.   Please identify each and every person with whom you consulted, upon whom you relied, or otherwise constituted a source of information for you in connection with the preparation of your answers to these discovery requests.

ANSWER:


3.   In the event that your answers to these Interrogatories change, will you supplement your answers in writing and send copies to counsel for the Plaintiff without further requests?

ANSWER:


4.   Please identify each and every person whom you believe may have personal knowledge or firsthand information regarding the accident which is the subject matter of this suit, whom you believe may have given a statement to any

3

7AC0822C-07F9-425B-965C-781D8E97A45F : 000009 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000003 of 000019

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

other person regarding said accident, who has investigated the accident, and any

person you believe possessed or claimed to possess knowledge or information or any

factual records relevant to the accident, and state briefly what information or

knowledge each individual is believed to possess.

ANSWER:


5.  Identify each person whom you may call as an expert witness in this

matter, including the date each expert was first contacted, the expert's employment

relationship to you, the expert's qualifications and experience relative to the

matters in controversy, and in addition, state separately the subject matter upon

which each such expert is expected to testify, the substance of the facts and opinions

to which each such expert is expected to testify, a summary of the ground for each

such opinion or conclusion of each expert, including therein information provided to

you by each expert, or information you know or have reason to know to have been

relied upon by each expert.

ANSWER:


6.  Please state in detail how the accident occurred, including what you were

doing in the hour prior to the subject accident, the speed of your vehicle in one-half

mile and within 50 feet of the point of collision, approximate speed of the vehicle

which you struck, if known, the weather and road conditions at the time of the

accident, whether anything was obstructing your view of the Linderman vehicle,

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000010 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000004 of 000019

Filed        19-CI-000494    01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

whether you saw any brake lights or directional signals on the Linderman vehicle, whether you attempted to avoid the Linderman vehicle and any mechanical problems with your vehicle which may have contributed to the accident.

ANSWER:

7. Do you claim that the actions or inactions of Plaintiff, Patricia Linderman, and/or any third person(s) caused or contributed to cause the collision?  If so, explain in detail and with specificity all facts upon which you rely to arrive at that answer, including the names and addresses of such third persons.

ANSWER:

8. Had you consumed any alcoholic beverage and/or taken any prescription drugs, over the counter drugs, illegal drugs, supplements, or other substances in the 48 hours immediately preceding the accident, and if so state when, where and the amount consumed, and the name and address of any physicians or providers who prescribed any drugs taken during the period in question.

ANSWER:

9. Please state the total amount of liability insurance coverage available for payment of any judgment entered in this case against you or your employer. This shall include, but is not limited to, any excess/umbrella coverage which may exist or additional liability coverage.

Filed          19-CI-000494      01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

ANSWER:

10. Did you own a mobile (cell) phone at the time of the collision? If so, were you using the cell phone immediately before or at the time of, the collision? Regardless of whether or not you were using said phone at the time of the accident, please furnish the name of your service provider and your cell phone number at the time of the accident.

ANSWER:

11. Did you have any physical or mental condition which may in any way affected your ability to operate a vehicle at the time of the accident, including but not limited to poor vision?  If so, state the nature and extent of said condition.

ANSWER:

12.  State whether you were in the course and scope of your employment at the time of the collision, and, if so, state the name of the company or person you worked for, your immediate supervisor, and provide a description of your duties, and if not employed indicate if you were working as an independent contractor at the time of the accident and, if so, the name and address of the contractor.

ANSWER:

6

7AC0822C-07F9-425B-965C-781D8E97A45F : 000012 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000006 of 000019

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

13.  Describe in detail all training which you have undergone to operate commercial vehicles and describe any and all permits, licenses, and/or other driving credentials you may have, along with any driving restrictions which have ever been placed upon you and/or which are present on any of your driver's licenses.

ANSWER:


14.  State the last place you stopped (other than normal traffic stops) immediately prior to the subject collision, the approximate time you left that location, and your intended destination when the collision occurred.  Please indicate if you had made deliveries to any facilities in the 48 hours prior to the subject accident and, if so, provide the address/location of each and every facility for which you made deliveries, the type of product for which you made delivery and identify any bill of lading or receipt for delivery of said products.

ANSWER:


15.  State how many cumulative hours you had operated a commercial motor vehicle in the forty-eight (48) hours preceding the subject collision, how many hours you had been on duty within the forty-eight (48) hours preceding the subject collision, how many hours you had been on duty within the eight (8) days preceding the subject collision, and how many hours you had slept in the forty-eight (48) hours preceding the subject collision.

ANSWER:

7

7AC0822C-07F9-425B-965C-781D8E97A45F : 000013 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000007 of 000019

Filed          19-CI-000494      01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

16.   With regard to your CDL license(s), please state the CDL license(s) number(s) for all CDL licenses which you have ever had, states in which you have applied and/or held a CDL license, any restrictions on the license(s), and any past or present suspensions, revocations, or disciplinary proceedings regarding the license(s).

ANSWER:


17.   State the results of your drug and alcohol testing following the collision on February 22, 2018. Identify the locations where said testing was done, along with the custodian of the records referencing the same.

ANSWER:


18.   State what disciplinary action was taken against you by your employer and/or any other party following the subject collision of February 22, 2018. Describe the action in detail and the results of this action.

ANSWER:


19.   Did you speak to anyone or did anyone speak to you at the accident scene? If so, please state the name, and address of said person(s) and the content of said conversation.

ANSWER:

8

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

20.  Was there any distraction of any kind or character either inside or outside your vehicle which contributed in any way to the accident, and if so, please describe it in detail.

ANSWER:


21.  Please describe your chronological work history, including the names and addresses of all past and present employers, as well as a description of each job, and wage rate or earnings. If self-employed, please provide the full name of the business and its address, the length of its existence, and the amount of gross earnings for each year as well its net profit or loss.

ANSWER:


22.   Have you ever been convicted or plead guilty of a felony and/or misdemeanor?  If so, please provide the nature of the charges leading to the conviction or whether you have had any criminal charges expunged and whether you served time on said charges.

ANSWER:


23.  Identify and describe all prior traffic accidents/collisions you in which you have been involved in prior or subsequent to the subject collision. Provide the dates, locations, parties involved, make and model of vehicles you were driving should you

9

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

have been driving, and descriptions of the accidents/collisions, along with who was determined to be at fault for the same. Identify whether there were injuries and/or litigation resultant from the collisions and identify the attorneys involved.

ANSWER:


24.   Describe the vehicle and trailer you were operating at the time of the collision, including ownership, any lienholders,  titleholder, arrangements such as payments or leases toward ownership, make, model, year, type of steering, transmission, brakes, weight, weight ratings, length, width, mileage, along with contents and weight of the cargo the vehicle was carrying at the time of the subject collision.

ANSWER:


26.   List all documentary evidence or exhibits that will be used at the trial of this matter and make available all such evidence for inspection and copying.

ANSWER:


27.   Were you injured in the subject collision, and have you filed any claim for injuries with any organization or insurer as a result of those injuries?

ANSWER:

10

Filed                19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

28.  Please explain in detail why you did not remain at the accident scene following the subject collision and why you failed to render aid to Plaintiff Patricia Linderman following the accident.


## REQUEST FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1:  Please provide copies of all documents relied upon in preparing your answers to interrogatories.

RESPONSE:

REQUEST NO. 2:  Please provide copies of all insurance policies you may have which may satisfy all or part of a judgment in this case, including, but not limited to, the declarations pages detailing the coverages available to you for each such policy, the entire policy language, and any amendments and endorsements to same.

RESPONSE:

REQUEST NO. 3:  Please provide a copy of any report generated by any expert witness retained by you and include a copy of all documentation on which he relied in preparing said report.

RESPONSE:

REQUEST NO. 4:  Please provide a copy of any exhibits or demonstrative evidence you may introduce at trial.

RESPONSE:

11

Filed                19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000017 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000011 of 000019

Filed          19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO.5:  Please provide a copy of photographs or videos of all vehicles involved in this accident as set forth in the Complaint as well as the accident scene itself.  Also, include a copy of any drawings from any source in your possession or the possession of your agents or lawyers which depict the accident scene.

RESPONSE:

REQUEST NO. 6:  Please provide a copy of any and all damage estimates or repair invoices relative to the damage your vehicle and/or trailer sustained in the collision at issue.

RESPONSE:

REQUEST NO. 7:  Please provide a copy of any and all written statements, video, or audio tape recordings of the Plaintiffs, including but not limited to any surveillance conducted through online social media and/or in person.

RESPONSE:

REQUEST NO. 8: Please provide a copy of all medical records and billings related to Plaintiff's injuries which you have in your possession or that anyone on your behalf has received from any of Plaintiff's medical providers.

RESPONSE:

REQUEST NO. 9.   Please provide a copy of your entire mobile (cell) phone bill for the period of time covering 15 days prior to and 15 days after the accident.

RESPONSE:

12

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 10: Provide for inspection and/or copying any and all photographs that were taken by you or someone acting on your behalf that in any way relate to this litigation. Please provide the photos in color. Should you be asserting a privilege or a work product objection, justify this assertion by stating the reasoning and specific nature of the privilege and its specific relationship to this information.

RESPONSE:

REQUEST NO. 11: Please provide for inspection and/or copying your commercial driving logbook(s) and current duty status records for the one hundred twenty (120) days preceding the subject collision on February 22, 2018, along with the log sheet for February 22, 2018, and the following week.

RESPONSE:

REQUEST NO. 12: Please provide for inspection and/or copying your trip receipts and other documentation of trip expenses and stops for the sixty (60) days preceding the collision on February 22, 2018, including, but not limited to, the following information:

a. gas receipts;
b. lodging receipts;
c. meal receipts;
d. vehicle expenses;
e. credit card receipts;
f. toll receipts;
g. personal expenses; and
h. state checkpoint records.

RESPONSE:

13

Filed 19-CI-000494 01/24/2019 David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 13: Please provide for inspection and/or copying your commercial bills of lading and any other documents of title or financial instruments that you had in your possession at the time of the collision on February 22, 2018, and for the sixty (60) days preceding the collisions.

RESPONSE:

REQUEST NO. 14: Please provide for inspection and/or copying of your commercial weight tickets obtained on February 22, 2018 and in the sixty (60) days preceding the collision on February 22, 2018.

RESPONSE:

REQUEST NO. 15: Please provide for inspection and/or copying your commercial toll receipts or toll tag receipts obtained on February 22, 2018, and in the thirty (30) days preceding the collision on February 22, 2018.

RESPONSE:

REQUEST NO. 16: Please provide for inspection and/or copying all of your complete employment applications to your employer(s) and/or affiliates (required by 49 C.F.R. § 391.21(a)), along with any other employment applications you have submitted to any company for any reason within the past 10 years.

RESPONSE:

REQUEST NO. 17: Please provide for inspection and/or copying your Road Test records and Road Test Certificates for the past 10 years, along with all which are in the custody of either you and/or your employer.

RESPONSE:

14

7AC0822C-07F9-425B-965C-781D8E97A45F : 000020 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000014 of 000019

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 18. Please provide for inspection and/or copying your annual certification of traffic violations for the past 10 years, as well as your complete driving and criminal records from all states in which you have obtained any sort of traffic charge, DOT violation, and/or criminal charge.

RESPONSE:

REQUEST NO. 19: Please provide for inspection and/or copying of your Medical Examiner's Certificate that you were carrying at the time of the subject collision, as required by 49 C.F.R. § 391.41(a).

RESPONSE:

REQUEST NO. 20: Please provide for inspection and/or copying your pre-trip and post-trip inspection reports conducted within the twenty-four (24) hours preceding the subject collision on February 22, 2018, of the commercial vehicle that you were operating at the time of the collision, along with all other pre-trip and post-trip inspection reports, which you performed within the year leading up to the subject collision.

RESPONSE:

REQUEST NO. 21: Please produce any report, photograph, tape, and/or videotape referred to in the above Interrogatories. If you assert a work product objection, provide the basis for any contention that said requested information was prepared in anticipation of litigation and/or is protected as work product in any way by stating the reasoning and specific nature of the privilege and its specific relationship to this information.

15

7AC0822C-07F9-425B-965C-781D8E97A45F : 000021 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000015 of 000019

Filed          19-CI-000494      01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

RESPONSE:

REQUEST NO. 23: Please provide a color copy of your CDL license(s) and all of your other driver's licenses.

RESPONSE:

REQUEST NO. 24: Produce complete and accurate copies of records that correspond to all drug and alcohol testing after the subject collision.

RESPONSE:

REQUEST NO. 25: Produce any and all certified, complete and accurate copies of records reflecting any disciplinary action taken against you by any company you have worked for, including but not limited to Defendants.

RESPONSE:

REQUEST NO. 26: Produce your tax returns for the past three years.

RESPONSE:

REQUEST NO. 27: Produce your entire employment agreement, contract and/or any documentation between you and your employer(s) and/or affiliates which you received following being hired and which confirms your employment, rate of pay, job description, and responsibilities.

RESPONSE:

REQUEST NO. 28: Please produce a copy of documents evidencing your completion or non-completion of any safe driving programs.

RESPONSE:

16

7AC0822C-07F9-425B-965C-781D8E97A45F : 000022 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000016 of 000019

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 29: Please produce copies of any accident or incident reports prepared by any of the Defendants concerning this occurrence.

RESPONSE:

REQUEST NO. 30: Please produce a copy of the registration and title of the subject commercial vehicle and trailer on date of the subject collision.

RESPONSE:

REQUEST NO. 31: Please produce any and all Seven Day Prior Forms or Eight Day Prior Forms for Defendant for the month of the subject collision.

RESPONSE:

REQUEST NO. 32: Please produce copies of all records reflecting your past driving record.

RESPONSE:

REQUEST NO. 33: Please produce any and all records of health insurance claims, disability claims, sickness or doctors' excuses of Defendant for the time frame of one year before the subject collision to present.

RESPONSE:

REQUEST NO. 34: Please produce a complete set of all safety manuals provided to Defendant from the time of the commencement of your employment until February 22, 2018.

RESPONSE:

7AC0822C-07F9-425B-965C-781D8E97A45F : 000023 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000017 of 000019

17

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 35: Please produce data from any and all devices that would record event data, including but not limited to, speed, acceleration, braking, operation, etc. at the time of the subject collision

RESPONSE:

REQUEST NO. 36: Please produce a certified copy of Defendant's complete driver's qualification file pursuant to the Federal Motor Carrier Safety Regulations § 391.51.

RESPONSE:

REQUEST NO. 37. Please produce a certified copy of your personnel file.

RESPONSE:

REQUEST NO. 38.: Please produce accident registers for 2013, 2014, 2015, 2016, 2017 and 2018 with regard to Defendant.

RESPONSE:

REQUEST NO. 39: Please produce a copy of any and all agreements and contracts entered into between you, your employer, and/or any third-party employer that involve the commercial vehicle you were operating at the time of the collision and/or the load you were carrying at the time of the collision.

RESPONSE:

Respectfully submitted,

*/s/ Gregory L. Smith*

_____

Gregory L. Smith
Anna S. Rueff
SMITH & HOSKINS, PLLC

18

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

6010 Brownsboro Park Blvd., Suite B
Louisville, Kentucky 40207
gsmith@smith-hoskins.com
arueff@smith-hoskins.com
P: (502) 899-5220
F: (502) 899-3917
*Counsel for Plaintiffs, Patricia*
*Linderman and Gordon Linderman*

7AC0822C-07F9-425B-965C-781D8E97A45F : 000025 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : **000019 of 000019**

19

NO. _____                        JEFFERSON CIRCUIT COURT
                                                   DIVISION _____

PATRICIA LINDERMAN &
GORDON LINDERMAN                                              PLAINTIFFS

v.          **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
            **REQUESTS FOR PRODUCTION OF DOCUMENTS**
      **PROPOUNDED ON DEFENDANT, CONTRACTORS CARTAGE, INC.**

                         *Electronically Filed*

RANDY V. LOONEY;
CONTRACTORS CARTAGE, INC.;
&
SCHILLI CORPORATION                                          DEFENDANTS

                    ** ** ** ** ** **

        Pursuant to Kentucky Rules of Civil Procedure 33 and 34, Plaintiffs, Patricia

and Gordon Linderman, submit their First Set of Interrogatories and Requests for

Production of Documents to Defendant Contractors Cartage, Inc.

        Pursuant to CR 33.01 (2), Defendant is to serve its response to these

Discovery Requests within thirty (45) days from the date of service.  Defendant

shall answer separately and fully each Discovery Request in writing and shall

divulge all information that is within its knowledge, possession, or control, or that

may be reasonably ascertained by it and all information within the knowledge,

possession or control of its attorney or agents, or that may be reasonably

ascertained by them.  Anything that comes to the knowledge of Defendant after

filing the answers to these Interrogatories which would alter or change the original

                                     1

7AC0822C-07F9-425B-965C-781D8E97A45F : 000026 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000001 of 000034

Filed          19-CI-000494   01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

answers should be contained in (an) amended answer(s) served upon Plaintiffs' attorney.

## **DEFINITIONS**

As used herein, the following words have the following meanings:

A.  "Plaintiff" means Plaintiff.

B.  "Defendant" means Defendant, or any other party who acts on his behalf.

C.  "You" means the answering Defendant.

C.  "Document" means any kind of written or graphic matter, however produced or reproduced, of any kind or description, whether sent or received or neither, including, but not limited to, originals, copies, and drafts and both sides thereof, and including but not limited to; papers, books, letters, photographs, objects, tangible things, correspondence, telegrams, cables, emails, texts, memoranda, notes, notations, work papers, transcripts, minutes, reports, drawings, blueprints, and tape recordings of any type or size and recordings of telephone conversations, interviews, conferences or other meetings, affidavits, statements, summaries, opinions, reports, studies, analysis, evaluations, contracts, agreements, journals, statistical reports, desk calendars, appointment books, diaries, lists, tabulations, summaries, sound recordings, computer printouts, data processing input and output, microfilm and all of the records kept by electronic, photographic or mechanical means and things similar to any of the foregoing however denominated.

2

Filed                    19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

## **INTERROGATORIES**

Pursuant to Civil Rule 33.01(2), Plaintiff requests that the Defendant, Contractors Cartage, Inc., answer the following Interrogatories within forty-five (45) days of service:

1.  Identify each person participating in the response to answering these interrogatories and their relationship to you.

ANSWER:


2.  Provide the name, address, and telephone number of each individual likely to have discoverable information relevant to the subject collisions and/or this case, generally, along with the information held by each.

ANSWER:


3.  Please identify by name and address the registered owner of the 2016 Volvo, Registration 411938ST, VIN No. 4V4NC9EH9GN965330 that Defendant Randy V. Looney was operating at the time of the accident.

ANSWER:


4. At the time of the accident on February 22, 2018, were there any restrictions, qualifications, or conditions on Defendant Randy Looney's motor

7AC0822C-07F9-425B-965C-781D8E97A45F : 000028 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : **000003 of 000034**

Filed                    19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

vehicle operator's and/or commercial driver's license?  If so, please state what those

restrictions, qualifications or conditions were.

    ANSWER:

5.   Please state whether you have a safety director and/or a director of fleet

safety, and if so, please identify such person (as persons) and produce a copy of his

or her job description.

    ANSWER:

6.   Please state whether you have a fleet safety program, and if so, please

produce copies of any and all policies, procedures, protocols, handbooks and the like,

relating to such safety programs.

    ANSWER:

7.    Please state whether you screen the applications of its drivers, including

performing an investigation into the applicant's past employment and driving and

medical history, and if so, describe in detail the procedure followed by you in

screening such applications.

    ANSWER:

8.   Please state whether you or your insurance carrier has ever sent an

investigator to evaluate its safety program, and if so, please identify the name or

4

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000029 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000004 of 000034

names of such persons and the date on which such evaluation occurred and produce copies of any and all documents related to such evaluation.

ANSWER:


9.   Please state whether the you hold safety meetings for your drivers, and if so, for any such safety meeting from 2008 to the present, identify the dates on which such meetings occurred, the name or names of the persons who conducted the meeting, the name or names any and all drivers that were present, and the subject matter of such meetings.

ANSWER:


10.   State whether Defendant Randy V. Looney was your employee on February 22, 2018, whether he was working within the scope of his employment with you at the time of the subject collision.  If so, , identify his supervisors and dispatchers, along with a description of Randy V. Looney's duties, and indicate whether Randy V. Looney remains an employee, agent, or ostensible agent of you as of the date of receipt of this pleading.   If Randy V. Looney was in the course and scope of his employment with another company/entity at the time of the collision, was acting as an independent contractor, or was driving under anyone else's operating authority, please state so and completely identify said company or entity. If your response is that he was not an employee at the time of this collision, state in detail the factual basis for your contention that he was not an employee and

5

produce any and all documents you claim support the contention that he was not an employee.

ANSWER:

11.   Please state the name and last known addresses of any persons who may have knowledge of facts material to this litigation, including accident witnesses and accident investigators, including all individuals commissioned by you or your representatives to conduct said investigation(s).

ANSWER:

12.  Identify each person whom you may call as an expert witness in this matter, including the date each expert was first contacted, the expert's employment relationship to you, the expert's qualifications and experience relative to the matters in controversy, and in addition, state separately the subject matter upon which each such expert is expected to testify, the substance of the facts and opinions to which each such expert is expected to testify, a summary of the ground for each such opinion or conclusion of each expert, including therein information provided to you by each expert, or information you know or have reason to know to have been relied upon by each expert.

ANSWER:

6

Filed          19-CI-000494     01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

13.   State whether you are or were insured under a policy or policies of liability insurance which may provide liability coverage for the claims made herein, including for the tractor, trailor, and/or cargo, whether primary coverage, excess, umbrella or other type coverage, and if so, state for each policy, the policy number, the insurance carrier, type and limits of liability coverage, whether the carrier has denied coverage and why, and produce a complete copy of each such insurance policy, including any and all declarations pages, amendments, endorsements, and the like.

ANSWER:


14.   Please provide the following information with respect to the tractor, trailer, and load being transported by Randy V. Looney on the date of the occurrence, including the gross weight of the tractor and loaded trailer, the weight per axle of the tractor and loaded trailer, a description of and the load weight of the material being transported by the Defendant Randy V. Looney at the time of the collision.

ANSWER:


15.   Please identify by time and location, the departure point for Defendant Randy V. Looney, the last pre-accident stop, the purpose of the stop and the intended immediate and immediate and final destination for the route Randy V. Looney was driving at the time of the accident.

ANSWER:

7

Presiding Judge: HON. ANN BAILEY SMITH (630350)          7AC0822C-07F9-425B-965C-781D8E97A45F : 000032 of 000097

IRPD : 000007 of 000034

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

16.     Please state the nature of any business relationship(s) between Contractors Cartage, Inc. and Schilli Corporation currently and at the time of the subject motor vehicle collision including but not limited to the structures of the businesses, any parent/subsidiary relationships between the companies, and identify the ownership, officers, and persons responsible for hiring.

ANSWER:

17.     State whether you, your experts, your agents or representatives, have obtained photographs and/or video of the collision scenes and/or any of the vehicles involved in the collision which is the subject of this litigation, and if any information has been downloaded from any of the vehicles. If so, state the name and address of those persons who have the care, custody and/or control of such information, photographs and/or video, to specifically include any video footage or audio and any GPS information that was recorded in the vehicle Defendant Randy V. Looney was operating within the three-hour window before and after the subject collision. Produce color copies of said photographs and or video and copies of all information downloaded from a GPS unit, satellite communication device, onboard recording device and/or event data recorder such as the ecm.

ANSWER:

8

Filed                19-CI-000494      01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

18.    To the extent not otherwise disclosed in these Interrogatories, please list the following information about your insurance:

a.  All insurance agreements in existence regarding the vehicle, trailer, and/or the cargo being operated or hauled at the time of the collision, including the name of the policyholder, the name of the insurance carrier, the policy number, the type of coverage, the amount of coverage (specifying its upper and lower limits) and the effective dates of said policy for the past five (5) years. Include all excess/umbrella coverage in your response.

b.  Whether you had any other insurance policies in effect at the time of the subject collision or are aware of any other insurance policies in effect at the time of the accident, such as through a CDL driver service or organization, that may provide coverage in any form to the Plaintiffs. If so, please provide all pertinent information, including the name of the insurer, the policy number, the type of coverage, the amount of coverage, specifying its upper and lower limits, and the effective dates of said policies.

ANSWER:

19.  State whether Defendant Randy V. Looney has been suspended, disciplined, terminated, subjected to a demotion and/or job position transfer, or otherwise reprimanded in any way by you or its affiliates, either before, as a result of, and/or after the accident. Include all infractions, warnings, write-ups, discipline actions or verbal warnings issued to Defendant Randy V. Looney. State in detail and with specificity a description what actions, if any, you have taken with regard to Defendant Randy V. Looney's discipline and infractions and the purpose for the disciplinary actions or warnings. Further, state the disposition of all actions taken.

ANSWER:

9

Presiding Judge: HON. ANN BAILEY SMITH (630350)

7AC0822C-07F9-425B-965C-781D8E97A45F : 000034 of 000097

IRPD : 000009 of 000034

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

20.   Describe in detail and with specificity all automobile/vehicle accidents/collisions involving Defendant Randy V. Looney of which you are aware, either within or outside the course and scope of his employment with Defendant or any other employer. For the sake of this interrogatory, "accident/collision" shall mean any situation in which a vehicle Randy V. Looney was operating made contact with another vehicle, pedestrian, animal or other stationary obstruction, such as a tree or utility pole.

   ANSWER:


21.   Identify all driver education and safety training that Defendant Randy V. Looney obtained prior to the subject collision, whether provided by you or another entity, person, or company.

   ANSWER:


22.   Identify all information provided to any state or federal law enforcement authority or transportation authority by you which relate to the subject accident and/or Defendant Randy V. Looney.

   ANSWER:


23.   Identify and describe all maintenance and annual inspections performed on the truck and/or trailer being driven by Defendant Randy V. Looney at the time

10

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000035 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000010 of 000034

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

of the collision, for the entire time it has been registered to you and/or used by the motor carrier within its fleet. For each summary of maintenance, please list the dates of the maintenance, the type of maintenance, the reason for the maintenance, the identity of the individuals who performed the maintenance, and the identity of all parts repaired and/or replaced, and the location of all maintenance. Include in your answer the current whereabouts of the tractor and trailer operated by Randy Looney at the time of the accident giving rise to this litigation, whether modifications and/or repairs have been made to either, the person or organization having ownership or control of the tractor and trailer at present, whether any electronic data has been tested, downloaded or otherwise altered or removed from the tractor or trailer and if so, the individual having conducted activities and the results thereof. Please state affirmatively whether you have retained all data, information, photographs, testing results or other material or information obtained regarding any post- accident investigation of the tractor and trailer; if not, please state the reasons for its destruction or non-retention.

ANSWER:

24. At the time of this incident, identify whether the truck or trailer being driven/pulled by Defendant Randy V. Looney was equipped with a CB radio, GPS, dash cam recorder, onboard recording device, ecm, audio recorder or satellite communication device, including, but not limited to, a Qualcomm or Omnitracs system such as SensorTRACS, TrailerTRACS, ViaWeb, JTRACS, ProOmniOne,

11

Filed            19-CI-000494       01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL,

G1obaITRACS, or a GPS product manufactured by any other company, or any

device that can hold any ECM or PCM data. Additionally, identify and produce any

data that was extracted or downloaded from any of these devices and identify the

person who downloaded the same and the date and location performed.

ANSWER:


25.  State the manner in which Randy V. Looney kept his hours, service, daily

logs, and DVIR's within the 30 days leading up to and including the date of the

subject crash and also identify the current location and custodian of the documents.

ANSWER:


26.  If you assert privilege or work product as the basis of a denial to produce

documents and/or answer the interrogatories herein, confirm that a privilege log is

being produced and further confirm that all identified work product was compiled

specifically in anticipation of litigation, rather than in the ordinary course of

business or as part of a legal obligation to compile the same.

ANSWER:

7AC0822C-07F9-425B-965C-781D8E97A45F : 000037 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000012 of 000034

12

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

27.  Identify all cell/mobile phones, GPS units, satellite communication devices and/or other communication devices provided by you or someone acting on your behalf to Defendant Randy V. Looney or to be maintained within the subject truck or trailer generally. Said identification, at a minimum, should include the number of the phone, the service provider, the date and reason issued, and whether Randy V. Looney was the custodian of the device(s) on the date of the incident which is the subject of this action.

ANSWER:

28.  Describe Defendant Randy V. Looney's history as a driver for you, including, but not limited to, the dates of his employment, his experience prior to his hiring, his criminal history, federal and state driver or vehicle inspections which he has undergone, and the results of the same, all disciplinary measures taken against him, and all violations of motor vehicle laws in Kentucky and all other jurisdictions within North America.

ANSWER:

29.  Identify all background checks, including, but limited to, MVR's/PSP reports/DAC reports/court records which you obtained related to Randy V. Looney. Also identify all drug/alcohol tests taken from Defendant Randy V. Looney by you and/or anyone acting on your behalf. Include all tests prior and subsequent to the subject collision, the date(s) the test(s) was/were taken, the results of the test(s), the

13

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

purpose for taking the drug test(s), and the actions taken after obtaining the results of the drug test(s).

ANSWER:


## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

REQUEST NO. 1:  Please provide copies of all documents relied upon in preparing your answers to interrogatories propounded to you.

RESPONSE:

REQUEST NO. 2:  Please produce a copy of any contract of employment that would govern the relationship between you and Defendant Randy V. Looney, in effect at the time of the occurrence.

RESPONSE:

REQUEST NO. 3:  Please produce any and all of your written policies and procedures, employment handbooks, and/or employment manuals including, but limited to, any terms, conditions and procedures involving the employer/employee relationship, recruiting and hiring of any new employees, and promotions, demotions and discipline.

RESPONSE:

REQUEST NO. 4:  Please produce a copy of Defendant Randy V. Looney's personnel file and/or driver's qualification file, including, but not limited to, references, employment application, driving tests, scores, evaluations, performance reports, physical examinations, copy of health certificate and medical card required

14

7AC0822C-07F9-425B-965C-781D8E97A45F : 000039 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : **000014 of 000034**

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

by Federal law, traffic citations, driving histories, moving violations records, criminal records, and worker's compensation and health insurance claims.

RESPONSE:

REQUEST NO. 5:  Please produce a copy of any and all documents showing the purpose of Defendant Randy V. Looney's travel at the time of the subject collision including, but not limited to memos, work orders, incident reports, bills of lading, worker's compensation claims, and expense reimbursements.

RESPONSE:

REQUEST NO. 6:  Please produce copies of any and all pay stubs, federal W-2 forms, expenses reimbursements, commissions, bonuses, and any other documents or tangible evidence reflecting payment of money or benefits for any reason from you to Defendant Randy V. Looney for the five (5) years prior to the occurrence through the present.

RESPONSE:

REQUEST NO. 7:    Please produce any and all copies of the complete employee manual, instruction manual, policy and procedure manual, and any other materials issued by you to Defendant Randy V. Looney or other drivers containing instructions, directions, suggestions or recommendations for proper and safe driving and operations and for moving freight of the type being transported by Defendant Looney at the time of the subject accident.

RESPONSE:

15

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494     01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 8:   Please produce any and all documents relating to the tractor trailer being operated at the time of the occurrence by Defendant Randy V. Looney, including, but limited to, all repair orders, customer invoices, warranty work orders, all travel logs, warranty service and maintenance records, including, but not limited to all records, checklists, and files regarding maintenance and/or repair.

RESPONSE:

REQUEST NO. 9:  Please produce copies of any and all photographs, audio, or video recordings you or anyone acting on your behalf, including any insurance carrier, have obtained of the scene of the occurrence or the vehicles involved in the occurrence or during any post-accident investigation.

RESPONSE:

REQUEST NO. 10:  Please produce copies of any and all estimates, invoices, salvage documents, or similar information you or anyone acting on your behalf, including any insurance carrier, has obtained concerning repairs to damage to the tractor or trailer which was being operated by the Defendant Randy V. Looney at the time of the occurrence.

RESPONSE:

REQUEST NO. 11:   Please produce copies of any and all pre- and post-accident drug and alcohol tests administered to Defendant Randy V. Looney, and if no such documents exist, please explain in detail the reason or reasons why such

16

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

tests were not administered and produce a copy of any and all forms related to said "failure" to administer post-accident drug and alcohol tests.

RESPONSE:

REQUEST NO. 12:   Please produce copies of any and all documents in your possession or subject to your control which relate to the gross weight of the loaded vehicle, the weight per axle of the tractor and loaded trailer, and/or the load weight, including any bills of lading, shipping documents, and the like, and/or any and all documents which relate to the width of the tractor, trailer, and/or paving equipment.

RESPONSE:

REQUEST NO. 13:    Produce copies of any and all exhibits or demonstrative evidence which you intend to introduce or rely upon at trial.

RESPONSE:

REQUEST NO. 14:   Please produce copies of all pre-trip and post-trip inspection reports on the tractor-trailer being operated by Defendant Randy V. Looney at the time of the accident.

RESPONSE:

REQUEST NO. 15:   Please produce a copy of all driver training/testing obtained or conducted by you, pertaining to Defendant Randy V. Looney during the period of his employment with you, including manuals, pamphlets, tests results, video, etc.

RESPONSE:

17

7AC0822C-07F9-425B-965C-781D8E97A45F : 000042 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000017 of 000034

REQUEST NO. 16:   Please produce any safety bulletins, training memorandums, continued education, for Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 17:   Please produce the ECM (Engine Control Module) data retrieved from the tractor-trailer when the collision occurred.

RESPONSE:

REQUEST NO. 18:   Please produce any independent speed calculations or analysis of the tractor-trailer dynamics conducted post-crash.

RESPONSE:

REQUEST NO. 19.:   Please produce a copy of all logbooks, either electronic or hard copy, for Defendant Randy V. Looney, seven days prior to the collision up the time of impact.

RESPONSE:

REQUEST NO. 20:   Please produce a copy of any and all receipts (meals, fuel, lodging, expenses, tolls, etc.) for three (3) days prior to the collision including the date of the collision up to the time of impact.

RESPONSE:

REQUEST NO. 21:   Please produce any electronic tracking (Qualcom, location tracking, locator etc.) for three (3) days prior to the collision including the date of the collision up to the time of impact.

RESPONSE:

18

7AC0822C-07F9-425B-965C-781D8E97A45F : 000043 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000018 of 000034

Filed          19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 22:  Please produce copies of all previous accidents, post-accident reports, evaluations, discipline, correspondence, after crash review, etc. for Defendant Randy V. Looney while employed with Contractor's Cartage

RESPONSE:

REQUEST NO. 23:   Please produce any and all after action review, post-crash reports, memorandum, correspondence remedial training requests/requirements, discipline, etc. for Defendant Randy V. Looney after this collision.

RESPONSE:

REQUEST NO. 24:   Please produce any post-crash mechanical inspection conducted on the tractor trailer operated by Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 25:   Please produce a list of all medications prescribed or utilized by Defendant Randy V. Looney for one year prior to up to and including the date of the collision.

RESPONSE:

REQUEST NO. 26:   Please produce any and all evidence and/or documentation regarding the compliance with the FMCSA including, but not limited to, Parts 40, 382, 383, 391, 387, 392, 395, 396 and 397.

RESPONSE:

19

7AC0822C-07F9-425B-965C-781D8E97A45F : 000044 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000019 of 000034

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 27: All reports and investigations prepared by you, Randy V. Looney, or anyone else acting on behalf of either as a result of the crash other than the police report.

RESPONSE:

REQUEST NO. 28: Please produce the accident register maintained as required in 49 CFR 390.15(b) to include the subject motor vehicle collision with Plaintiff and all accidents 3 years prior to February 22, 2018.

RESPONSE:

REQUEST NO. 29: Please produce the entire maintenance file related to the truck and trailer and other equipment involved in the subject collision.

RESPONSE:

REQUEST NO. 30: Please produce all leases and contracts that were in effect for the commercial truck on the day of the subject collision.

RESPONSE:

REQUEST NO. 31: Please produce the entire personnel file, driver qualification file and all other files of Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 32: Please produce the entire drug and alcohol test results of Defendant Randy V. Looney including, but not limited, to pre-employment, post-accident, random, reasonable suspicion, and return to duty drug and alcohol testing results maintained pursuant to 49 CFR 382.401, preserved pursuant to 49 CFR 379 (including Appendix A, Note A), and released pursuant to 49 CFR 40.323.

20

7AC0822C-07F9-425B-965C-781D8E97A45F : 000045 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000020 of 000034

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

RESPONSE:

REQUEST NO. 33: Please produce the entire driver investigation history file or its equivalent for Defendant Randy V. Looney maintained pursuant to 49 CFR 391.53 and preserved pursuant to 49 CFR 379 (including Appendix A, Note A).

RESPONSE:

REQUEST NO. 34: Please produce all MVR reports, DAC reports, PSP reports, court records and any other background checks concerning Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 35: Please produce any and all payroll records, time cards, driver logs and other pay and time records for Defendant Randy V. Looney for 1 year leading up to the subject crash.

RESPONSE:

REQUEST NO.  36: Please produce all logs—official or unofficial—of Defendant Randy V. Looney for the six months before the collision involving Plaintiff and for thirty days after the collision, maintained pursuant to 49 CFR 395.8(k) and preserved pursuant to 49 CFR 379 (including Appendix A, Note A).

RESPONSE:

REQUEST NO. 37: Please produce any and all records of worker's compensation claims, workplace injury evaluations and records, health insurance claims, disability claims, sickness or doctors' excuses of Defendant Randy V. Looney for the year leading up to the subject crash.

21

RESPONSE:

REQUEST NO. 38: Please produce all records of Defendant Randy V. Looney for the 30 days prior to the collision and for the day of the collision. Specifically, produce the supporting documents listed below which the Defendant is required to maintain under 49 CFR 3 95.8(k) and to preserve under 49 CFR 379 (including Appendix A, Note A).

    a. Bills of lading;
    b. Carrier pros;
    c. Freight bills;
    d. Dispatch records;
    e. Driver call-in records;
    f. Gate record receipts;
    g. Weight/scale tickets;
    h. Fuel billing statements and/or summaries;
    i. Toll receipts;
    j. International registration plan receipts;
    k. International fuel tax agreement receipts;
    1. Trip permits;
    m. Lessor settlement sheets;
    n. Port of entry receipts;
    o. Cash advance receipts;
    p. Delivery receipts;
    q. Lumper receipts;
    r. Interchange and inspection reports;
    s. Over/short and damage reports;
    t. Agricultural inspection reports;
    u. Commercial Vehicle Safety Alliance reports;
    v. Accident reports;
    w. Telephone billing statements;
    x. Credit card receipts;
    y. Driver fax reports;
    z. On-board computer reports
    aa. Border crossing reports
    bb. Custom declarations
    cc. Traffic citations
    dd. Overweight/oversize reports and citations

7AC0822C-07F9-425B-965C-781D8E97A45F : 000047 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000022 of 000034

ee. And/or other documents directly related to the motor carrier's operation which are retained by the motor carrier in connection with the operation of its transportation business.

RESPONSE:

REQUEST NO. 39.: Please produce any and all GPS records, satellite communication records, other tracking records, cellular and telephone records and bills of Defendant Randy V. Looney for the day of the motor vehicle collision with Plaintiff, seven days prior, and the day following.

RESPONSE:

REQUEST NO. 40: Please produce any and all credit card bills, fuel card transaction records, and receipts for Defendant Randy V. Looney for the 30 days leading up to the subject crash.

RESPONSE:

REQUEST NO. 41: Please produce any and all state or federal inspection reports related to Randy V. Looney or the truck/trailer involved in the subject crash, along with any other correspondence related to the inspections and associated investigations.

RESPONSE:

REQUEST NO. 42: Please produce any and all federal accident reports filed for Defendant Randy V. Looney and/or you for 2018 and the three years prior.

RESPONSE:

23

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 43: Please produce any and all compliance reviews and other DOT correspondence regarding Defendant Randy V. Looney and/or you for 2018 and three years prior.

RESPONSE:

REQUEST NO. 44: Please produce any and all long form DOT physicals for Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 45: Please produce any and all Seven Day Prior Forms and/or Eight Day Prior Forms for Defendant Randy V. Looney for January and February 2018.

RESPONSE:

REQUEST NO. 46: Produce all photos, audio, video, and electronic media and communications which you, or someone acting on your behalf, possess which relates to this case in any way.

RESPONSE:

REQUEST NO. 47: Produce copies of all training documents related to training of Randy V. Looney.

RESPONSE:

REQUEST NO. 48: Produce copies of any and all satellite communications and e-mail for the day of the subject collision and seven days prior, as well as all recorded ECM (electronic control module), EDR (event data recorder), onboarding

24

7AC0822C-07F9-425B-965C-781D8E97A45F : 000049 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000024 of 000034

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

device data, abs system data and/or SDM (sensing & diagnostic module)

chronological data with reference to all data available, including but not limited to:

    a.  trip distance
    b.  total vehicle driving time
    c.  load factor
    d.  vehicle speed limit
    e.  maximum vehicle speed recorded
    f.  number of hard brake incidents and associated data
    g.  current engine speed (rpm)
    h.  maximum and minimum cruise speed limits
    i.  total vehicle driving distance
    j.  fuel consumption (gal./hr.)
    k.  idle time
    l.  engine governed speed
    m.  maximum engine speed recorded
    n.  current throttle position
    o.  brake switch status (on/off)
    p.  odometer
    q.  trip driving time
    r.  overall fuel economy (MPG)
    s.  average driving speed
    t.  number of engine overspeeds
    u.  number of vehicle overspeeds
    v.  current vehicle speed (MPH)
    w.  clutch switch status (on/off)
    x.  clock
    y.  jake brake status

RESPONSE:

REQUEST NO. 49.: Please produce a copy of documents evidencing the

completion or non-completion of any safe driving programs by Defendant Randy V.

Looney.

RESPONSE:

25

7AC0822C-07F9-425B-965C-781D8E97A45F : 000050 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000025 of 000034

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 50: Please produce a copy of all employee manuals, driver manuals, company handbooks, and other related documents which were issued to Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 51: Please produce a copy of the company safety letters and all other safety related documents and correspondence issued to Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 52: Please produce the Permanent Unit File or its equivalent, pursuant to 49 CFR 396.3, including, but not limited to, records relating to the inspections, repairs, maintenance, and costs for the commercial vehicle and trailer involved in the motor vehicle collision with Plaintiff.

RESPONSE:

REQUEST NO. 53: Please produce the printout(s) from any commercial software program (e.g., JJ Keller's LogChecker©) or customized program used to record and audit Defendant Randy V. Looney's log book entries for the one year preceding the motor vehicle collision with Plaintiff.

RESPONSE:

REQUEST NO. 54: Produce all statements, written and/or verbal, recorded interviews, letters or reports of any kind that you, your counsel or anyone acting on your behalf, took, obtained or otherwise heard from any and all persons relating to the subject collision and/or any matters relating to this litigation. Include the name,

26

7AC0822C-07F9-425B-965C-781D8E97A45F : 000051 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000026 of 000034

Filed                    19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

address and telephone number of the person taking, obtaining or hearing the

statement, how it was recorded if at all, the date it was taken, obtained or heard,

and whether it was signed or verified by anyone. Should the statement be

transcribed, produce both the transcription and the audio/video.

RESPONSE:

7AC0822C-07F9-425B-965C-781D8E97A45F : 000052 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000027 of 000034

Filed                    19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494     01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 55: Provide copies of each, any and all insurance agreements, policies, umbrella policies and declaration sheets under which any person, partnership or corporation carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered against the Defendants or to indemnify or reimburse the Defendants for payments made to satisfy any judgment which may be entered against the Defendants. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 56: Attach a curriculum vitae, resume, or bio of each expert witness you, your attorneys, or anyone acting on your behalf have hired or consulted with to potentially be a witness in this litigation along with a copy of any reports generated by said expert.

RESPONSE:

REQUEST NO. 57: Produce copies of all exhibits, photographs, charts, diagrams, maps, drawings, summaries, videos, documents, and real or demonstrative evidence of any kind which you expect or intend to introduce or use at trial in this litigation.

RESPONSE:

REQUEST NO. 58: Produce any and all invoices generated by expert witnesses generated for performing all expert witness services to the Defendant,

Filed          19-CI-000494     01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

including the pretrial preparation, any telephone conference, any trial testimony

anticipated, and any other fee paid by the Defendant for expert fees.

RESPONSE:

REQUEST NO. 59: Produce all documents and copies of video related to

information recorded by any type of Video Recording System, such as Drive am,

Safety Vision, or other such systems, regarding all vehicles driven by Defendant

Randy V. Looney for the seven (7) days prior and up to the collision on February 22,

2018, including documents and video of the entire date of the collision.

RESPONSE:

REQUEST NO. 60: Produce all documents relaying information recorded by

any type of Radar Collision Warning System, such as VORAD or other such

systems, regarding all vehicles driven by Defendant Randy V. Looney for the seven

(7) days prior and up to the collision on February 22, 2018, including documents of

the entire date of the collision.

RESPONSE:

REQUEST NO. 61: Produce all documents, audio and/or video relating to

information recorded by any type of Accelerometer Recording System, such as

Independent Witness, Inc.'s Witness or other such systems, regarding all vehicles

driven by Defendant Randy V. Looney for the seven (7) days prior and up to the

collision on February 22, 2018, including all information from the entire date of the

subject collisions.

RESPONSE

29

7AC0822C-07F9-425B-965C-781D8E97A45F : 000054 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000029 of 000034

Filed          19-CI-000494     01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 62: Produce certified copies of any and all printouts and copies of any and all electronic files of data imaged (i.e., downloaded) from the Airbag Control Module (ACM), Powertrain Control Module (PCM), and Roll Over Sensor (ROS) for the vehicle involved in the subject collision and any other vehicles involved in the collision. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 63: Produce complete copies any and all of your internal documentation, including accident reports, internal or external investigations, and/or other notes pertaining to the subject collision, Defendant Randy V. Looney and/or the claims of the Plaintiff.

RESPONSE:

REQUEST NO. 64: Produce complete, certified copies of all records of any communications, including transcripts, notes, memoranda, electronic and digital records, between Defendant Randy V. Looney and Contractor's Cartage (including your agents, servants, employees, and independent contractors) for the 48-hour period before and after the collisions on February 22, 2018. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

30

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 65:  Produce complete copies of any and all documents detailing the chain of custody of the vehicle being driven by Defendant Randy V. Looney at the time of the subject collision, from the time of the collision on February 22, 2018, to the date upon which you respond to this inquiry.

RESPONSE:

REQUEST NO. 66: Produce complete certified copies of any and all training and education materials relating to your adherence and implementation of 49 CFR, Part 382, Subparts A-F, that were applicable at the time of the subject collisions. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 67: Please provide complete copies of all operating authority forms, applications, documents and/or other information which were filed by or on the behalf of you, including, but not limited to:

   a. U.S. Department of Transportation (DOT) number;
   b. Motor Carrier (MC) number;
   c. Motor Carrier Identification Report (MCS-150);
   d. Safety Certification Application (MCS-l5OA);
   e. Application for Motor Property Carrier & Broker Authority (Form OP-1) or Application for Motor Passenger Carrier Authority (Form OP-1(P));
   f. Appropriate surety bonds, certificates of insurance, proof of self-insurance or other securities or agreements with the FMCSA; and
   g. Designation of Agent for Service of Process Form (BOC-3).

RESPONSE:

31

7AC0822C-07F9-425B-965C-781D8E97A45F : 000056 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000031 of 000034

Filed          19-CI-000494     01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 68: Please provide a complete, certified copy of the following information obtained from Defendant Randy V. Looney's previous employers pursuant to 49 C.F.R. § 40.25, 382.413:

a. Alcohol tests with results greater than or equal to a BAC reading 0.04;
b. Positive drug tests;
c. Refusals to be tested;
d. Other violations of drug and alcohol testing regulations; and
e. Successful completions of return-to-duty requirements for any employee to whom those requirements would be applicable.

Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 69: Please provide a complete and accurate copy of the following:

a. The results of Defendant Randy V. Looney's commercial driver's license written test evidencing the knowledge required in 49 C.F.R. § 383.11;
b. The results of Defendant Randy V. Looney's commercial driver's license driving skills test, evidencing the knowledge required in 49 C.F.R. § 383.113; and,
c. Randy V. Looney's current CDL and most recent CDL.

RESPONSE:

REQUEST NO. 70: Please provide complete and accurate copies of all compliance reviews performed on you by the FMCSA or other regulatory or administrative organizations pursuant to 49 C.F.R. § 385.5.

RESPONSE:

32

7AC0822C-07F9-425B-965C-781D8E97A45F : 000057 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000032 of 000034

Filed            19-CI-000494   01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 71: Pursuant to 49 C.F.R. § 390.15(b), please provide complete and accurate copies of all your accident registers for any collision or other occurrence in the past three years that resulted in a fatality, bodily injury requiring immediate medical treatment away from the scene, or towing of one or more vehicles. Please include at least the following information:

    a. Date of the collision or other incident;
    b. State the city, state, and nearest location where the collision or incident occurred;
    c. Contractor's Cartage's driver's complete name;
    d. Number of injuries in each collision and/or incident and total cumulative injuries;
    e. Number of fatalities in each collision and/or incident and total cumulative fatalities; and
    f. Whether hazardous materials other than fuel from the fuel tanks were released in the collision and/or other incident.

RESPONSE:

REQUEST NO. 72: Regarding your vehicle involved in the collision in question and its driver, Defendant Randy V. Looney, produce complete, certified copies of the following documents and other items for the period of one year prior to the collision through one week after the collision:

    a. Registrations and titles;
    b. The log books for the drivers, including any and all log books of Defendant Employee;
    c. Expense sheets;
    d. All repair orders for one calendar year preceding the collision, including all parts and labor used for such repairs, as well as all routine maintenance records;
    e. Traffic tickets, warnings issued or any criminal charges or regulatory violations charged or filed against Defendant Employee;
    f. Purchase order and specifications for the trucks; and,
    g. All dispatch records and load reports.

RESPONSE:

33

Filed                19-CI-000494        01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 73: Produce any and all documents or materials identified, referenced or utilized in any way either in or in the process of responding to the above Interrogatories and/or Requests for Production of Documents not already produced in response to one of the Requests for Production of Documents above.

RESPONSE:

Respectfully submitted,

*/s/ Gregory L. Smith*

Gregory L. Smith
Anna S. Rueff
SMITH & HOSKINS, PLLC
6010 Brownsboro Park Blvd., Suite B
Louisville, Kentucky 40207
gsmith@smith-hoskins.com
arueff@smith-hoskins.com
P: (502) 899-5220
F:: (502) 899-3917
***Counsel for Plaintiffs, Patricia Linderman and Gordon Linderman***

34

7AC0822C-07F9-425B-965C-781D8E97A45F : 000059 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000034 of 000034

NO. _____

JEFFERSON CIRCUIT COURT
DIVISION _____

PATRICIA LINDERMAN &
GORDON LINDERMAN                                                                    PLAINTIFFS

v.       **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**
**PROPOUNDED ON DEFENDANT, SCHILLI CORPORATION**

*Electronically Filed*

RANDY V. LOONEY;
CONTRACTORS CARTAGE, INC.;
&
SCHILLI CORPORATION                                                                DEFENDANTS

** ** ** ** ** **

Pursuant to Kentucky Rules of Civil Procedure 33 and 34, Plaintiffs, Patricia
and Gordon Linderman, submit their First Set of Interrogatories and Requests for
Production of Documents to Defendant Schilli Corporation

Pursuant to CR 33.01 (2), Defendant is to serve its response to these
Discovery Requests within thirty (45) days from the date of service.  Defendant
shall answer separately and fully each Discovery Request in writing and shall
divulge all information that is within its knowledge, possession, or control, or that
may be reasonably ascertained by it and all information within the knowledge,
possession or control of its attorney or agents, or that may be reasonably
ascertained by them.  Anything that comes to the knowledge of Defendant after
filing the answers to these Interrogatories which would alter or change the original

1

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

answers should be contained in (an) amended answer(s) served upon Plaintiffs'
attorney.

## **DEFINITIONS**

As used herein, the following words have the following meanings:

A.  "Plaintiff" means Plaintiff.

B.  "Defendant" means Defendant, or any other party who acts on his behalf.

C.  "You" means the answering Defendant.

C.  "Document" means any kind of written or graphic matter, however
produced or reproduced, of any kind or description, whether sent or received or
neither, including, but not limited to, originals, copies, and drafts and both sides
thereof, and including but not limited to; papers, books, letters, photographs,
objects, tangible things, correspondence, telegrams, cables, emails, texts,
memoranda, notes, notations, work papers, transcripts, minutes, reports, drawings,
blueprints, and tape recordings of any type or size and recordings of telephone
conversations, interviews, conferences or other meetings, affidavits, statements,
summaries, opinions, reports, studies, analysis, evaluations, contracts, agreements,
journals, statistical reports, desk calendars, appointment books, diaries, lists,
tabulations, summaries, sound recordings, computer printouts, data processing
input and output, microfilm and all of the records kept by electronic, photographic
or mechanical means and things similar to any of the foregoing however
denominated.

2

Filed          19-CI-000494    01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

Filed                    19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

### INTERROGATORIES

Pursuant to Civil Rule 33.01(2), Plaintiff requests that the Defendant, Schilli Corporation, answer the following Interrogatories within forty-five (45) days of service:

1.  Identify each person participating in the response to answering these interrogatories and their relationship to you.

ANSWER:


2.  Provide the name, address, and telephone number of each individual likely to have discoverable information relevant to the subject collisions and/or this case, generally, along with the information held by each.

ANSWER:


3.  Please identify by name and address the registered owner of the 2016 Volvo, Registration 411938ST, VIN No. 4V4NC9EH9GN965330 that Defendant Randy V. Looney was operating at the time of the accident.

ANSWER:


4. At the time of the accident on February 22, 2018, were there any restrictions, qualifications, or conditions on Defendant Randy Looney's motor

3

7AC0822C-07F9-425B-965C-781D8E97A45F : 000062 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000003 of 000034

vehicle operator's and/or commercial driver's license?  If so, please state what those restrictions, qualifications or conditions were.

ANSWER:


5.   Please state whether you have a safety director and/or a director of fleet safety, and if so, please identify such person (as persons) and produce a copy of his or her job description.

ANSWER:


6.   Please state whether you have a fleet safety program, and if so, please produce copies of any and all policies, procedures, protocols, handbooks and the like, relating to such safety programs.

ANSWER:


7.   Please state whether you screen the applications of its drivers, including performing an investigation into the applicant's past employment and driving and medical history, and if so, describe in detail the procedure followed by you in screening such applications.

ANSWER:


8.   Please state whether you or your insurance carrier has ever sent an investigator to evaluate its safety program, and if so, please identify the name or

4

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

names of such persons and the date on which such evaluation occurred and produce

copies of any and all documents related to such evaluation.

    ANSWER:

    9.   Please state whether the you hold safety meetings for your drivers, and if

so, for any such safety meeting from 2008 to the present, identify the dates on

which such meetings occurred, the name or names of the persons who conducted the

meeting, the name or names any and all drivers that were present, and the subject

matter of such meetings.

    ANSWER:

    10.   State whether Defendant Randy V. Looney was your employee on

February 22, 2018, whether he was working within the scope of his employment

with you at the time of the subject collision.  If so, , identify his supervisors and

dispatchers, along with a description of Randy V. Looney's duties, and indicate

whether Randy V. Looney remains an employee, agent, or ostensible agent of you as

of the date of receipt of this pleading.   If Randy V. Looney was in the course and

scope of his employment with another company/entity at the time of the collision,

was acting as an independent contractor, or was driving under anyone else's

operating authority, please state so and completely identify said company or entity.

If your response is that he was not an employee at the time of this collision, state in

detail the factual basis for your contention that he was not an employee and

5

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

produce any and all documents you claim support the contention that he was not an employee.

ANSWER:

11.   Please state the name and last known addresses of any persons who may have knowledge of facts material to this litigation, including accident witnesses and accident investigators, including all individuals commissioned by you or your representatives to conduct said investigation(s).

ANSWER:

12.  Identify each person whom you may call as an expert witness in this matter, including the date each expert was first contacted, the expert's employment relationship to you, the expert's qualifications and experience relative to the matters in controversy, and in addition, state separately the subject matter upon which each such expert is expected to testify, the substance of the facts and opinions to which each such expert is expected to testify, a summary of the ground for each such opinion or conclusion of each expert, including therein information provided to you by each expert, or information you know or have reason to know to have been relied upon by each expert.

ANSWER:

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000065 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000006 of 000034

Filed          19-CI-000494      01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

13.   State whether you are or were insured under a policy or policies of liability insurance which may provide liability coverage for the claims made herein, including for the tractor, trailor, and/or cargo, whether primary coverage, excess, umbrella or other type coverage, and if so, state for each policy, the policy number, the insurance carrier, type and limits of liability coverage, whether the carrier has denied coverage and why, and produce a complete copy of each such insurance policy, including any and all declarations pages, amendments, endorsements, and the like.

ANSWER:

14.   Please provide the following information with respect to the tractor, trailer, and load being transported by Randy V. Looney on the date of the occurrence, including the gross weight of the tractor and loaded trailer, the weight per axle of the tractor and loaded trailer, a description of and the load weight of the material being transported by the Defendant Randy V. Looney at the time of the collision.

ANSWER:

15.   Please identify by time and location, the departure point for Defendant Randy V. Looney, the last pre-accident stop, the purpose of the stop and the intended immediate and immediate and final destination for the route Randy V. Looney was driving at the time of the accident.

ANSWER:

7

7AC0822C-07F9-425B-965C-781D8E97A45F : 000066 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000007 of 000034

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

16.     Please state the nature of any business relationship(s) between Contractors Cartage, Inc. and Schilli Corporation currently and at the time of the subject motor vehicle collision including but not limited to the structures of the businesses, any parent/subsidiary relationships between the companies, and identify the ownership, officers, and persons responsible for hiring.

ANSWER:

17.     State whether you, your experts, your agents or representatives, have obtained photographs and/or video of the collision scenes and/or any of the vehicles involved in the collision which is the subject of this litigation, and if any information has been downloaded from any of the vehicles. If so, state the name and address of those persons who have the care, custody and/or control of such information, photographs and/or video, to specifically include any video footage or audio and any GPS information that was recorded in the vehicle Defendant Randy V. Looney was operating within the three-hour window before and after the subject collision. Produce color copies of said photographs and or video and copies of all information downloaded from a GPS unit, satellite communication device, onboard recording device and/or event data recorder such as the ecm.

ANSWER:

8

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494   01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

18.     To the extent not otherwise disclosed in these Interrogatories, please list the following information about your insurance:

a.  All insurance agreements in existence regarding the vehicle, trailer, and/or the cargo being operated or hauled at the time of the collision, including the name of the policyholder, the name of the insurance carrier, the policy number, the type of coverage, the amount of coverage (specifying its upper and lower limits) and the effective dates of said policy for the past five (5) years. Include all excess/umbrella coverage in your response.

b.  Whether you had any other insurance policies in effect at the time of the subject collision or are aware of any other insurance policies in effect at the time of the accident, such as through a CDL driver service or organization, that may provide coverage in any form to the Plaintiffs. If so, please provide all pertinent information, including the name of the insurer, the policy number, the type of coverage, the amount of coverage, specifying its upper and lower limits, and the effective dates of said policies.

ANSWER:

19.  State whether Defendant Randy V. Looney has been suspended, disciplined, terminated, subjected to a demotion and/or job position transfer, or otherwise reprimanded in any way by you or its affiliates, either before, as a result of, and/or after the accident. Include all infractions, warnings, write-ups, discipline actions or verbal warnings issued to Defendant Randy V. Looney. State in detail and with specificity a description what actions, if any, you have taken with regard to Defendant Randy V. Looney's discipline and infractions and the purpose for the disciplinary actions or warnings. Further, state the disposition of all actions taken.

ANSWER:

9

7AC0822C-07F9-425B-965C-781D8E97A45F : 000068 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000009 of 000034

Filed          19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

20.   Describe in detail and with specificity all automobile/vehicle accidents/collisions involving Defendant Randy V. Looney of which you are aware, either within or outside the course and scope of his employment with Defendant or any other employer. For the sake of this interrogatory, "accident/collision" shall mean any situation in which a vehicle Randy V. Looney was operating made contact with another vehicle, pedestrian, animal or other stationary obstruction, such as a tree or utility pole.

ANSWER:


21.   Identify all driver education and safety training that Defendant Randy V. Looney obtained prior to the subject collision, whether provided by you or another entity, person, or company.

ANSWER:


22.   Identify all information provided to any state or federal law enforcement authority or transportation authority by you which relate to the subject accident and/or Defendant Randy V. Looney.

ANSWER:


23.   Identify and describe all maintenance and annual inspections performed on the truck and/or trailer being driven by Defendant Randy V. Looney at the time

10

Filed          19-CI-000494     01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

of the collision, for the entire time it has been registered to you and/or used by the motor carrier within its fleet. For each summary of maintenance, please list the dates of the maintenance, the type of maintenance, the reason for the maintenance, the identity of the individuals who performed the maintenance, and the identity of all parts repaired and/or replaced, and the location of all maintenance.  Include in your answer the current whereabouts of the tractor and trailer operated by Randy Looney at the time of the accident giving rise to this litigation, whether modifications and/or repairs have been made to either, the person or organization having ownership or control of the tractor and trailer at present, whether any electronic data has been tested, downloaded or otherwise altered or removed from the tractor or trailer and if so, the individual having conducted activities and the results thereof.  Please state affirmatively whether you have retained all data, information, photographs, testing results or other material or information obtained regarding any post- accident investigation of the tractor and trailer; if not, please state the reasons for its destruction or non-retention.

ANSWER:


24.  At the time of this incident, identify whether the truck or trailer being driven/pulled by Defendant Randy V. Looney was equipped with a CB radio, GPS, dash cam recorder, onboard recording device, ecm, audio recorder or satellite communication device, including, but not limited to, a Qualcomm or Omnitracs system such as SensorTRACS, TrailerTRACS, ViaWeb, JTRACS, ProOmniOne,

11

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL,

G1obaITRACS, or a GPS product manufactured by any other company, or any

device that can hold any ECM or PCM data. Additionally, identify and produce any

data that was extracted or downloaded from any of these devices and identify the

person who downloaded the same and the date and location performed.

ANSWER:


25.  State the manner in which Randy V. Looney kept his hours, service, daily

logs, and DVIR's within the 30 days leading up to and including the date of the

subject crash and also identify the current location and custodian of the documents.

ANSWER:


26.  If you assert privilege or work product as the basis of a denial to produce

documents and/or answer the interrogatories herein, confirm that a privilege log is

being produced and further confirm that all identified work product was compiled

specifically in anticipation of litigation, rather than in the ordinary course of

business or as part of a legal obligation to compile the same.

ANSWER:

12

Filed          19-CI-000494     01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494     01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

27.  Identify all cell/mobile phones, GPS units, satellite communication

devices and/or other communication devices provided by you or someone acting on

your behalf to Defendant Randy V. Looney or to be maintained within the subject

truck or trailer generally. Said identification, at a minimum, should include the

number of the phone, the service provider, the date and reason issued, and whether

Randy V. Looney was the custodian of the device(s) on the date of the incident

which is the subject of this action.

ANSWER:


28.  Describe Defendant Randy V. Looney's history as a driver for you,

including, but not limited to, the dates of his employment, his experience prior to

his hiring, his criminal history, federal and state driver or vehicle inspections which

he has undergone, and the results of the same, all disciplinary measures taken

against him, and all violations of motor vehicle laws in Kentucky and all other

jurisdictions within North America.

ANSWER:


29.  Identify all background checks, including, but limited to, MVR's/PSP

reports/DAC reports/court records which you obtained related to Randy V. Looney.

Also identify all drug/alcohol tests taken from Defendant Randy V. Looney by you

and/or anyone acting on your behalf. Include all tests prior and subsequent to the

subject collision, the date(s) the test(s) was/were taken, the results of the test(s), the

13

Filed                    19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

purpose for taking the drug test(s), and the actions taken after obtaining the results

of the drug test(s).

ANSWER:


## REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST NO. 1:  Please provide copies of all documents relied upon in

preparing your answers to interrogatories propounded to you.

RESPONSE:

REQUEST NO. 2:  Please produce a copy of any contract of employment that

would govern the relationship between you and Defendant Randy V. Looney, in

effect at the time of the occurrence.

RESPONSE:

REQUEST NO. 3:  Please produce any and all of your written policies and

procedures, employment handbooks, and/or employment manuals including, but

limited to, any terms, conditions and procedures involving the employer/employee

relationship, recruiting and hiring of any new employees, and promotions,

demotions and discipline.

RESPONSE:

REQUEST NO. 4:  Please produce a copy of Defendant Randy V. Looney's

personnel file and/or driver's qualification file, including, but not limited to,

references, employment application, driving tests, scores, evaluations, performance

reports, physical examinations, copy of health certificate and medical card required

Filed                    19-CI-000494      01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

by Federal law, traffic citations, driving histories, moving violations records, criminal records, and worker's compensation and health insurance claims.

RESPONSE:

REQUEST NO. 5:  Please produce a copy of any and all documents showing the purpose of Defendant Randy V. Looney's travel at the time of the subject collision including, but not limited to memos, work orders, incident reports, bills of lading, worker's compensation claims, and expense reimbursements.

RESPONSE:

REQUEST NO. 6:  Please produce copies of any and all pay stubs, federal W-2 forms, expenses reimbursements, commissions, bonuses, and any other documents or tangible evidence reflecting payment of money or benefits for any reason from you to Defendant Randy V. Looney for the five (5) years prior to the occurrence through the present.

RESPONSE:

REQUEST NO. 7:   Please produce any and all copies of the complete employee manual, instruction manual, policy and procedure manual, and any other materials issued by you to Defendant Randy V. Looney or other drivers containing instructions, directions, suggestions or recommendations for proper and safe driving and operations and for moving freight of the type being transported by Defendant Looney at the time of the subject accident.

RESPONSE:

15

Filed         19-CI-000494    01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 8:    Please produce any and all documents relating to the tractor trailer being operated at the time of the occurrence by Defendant Randy V. Looney, including, but limited to, all repair orders, customer invoices, warranty work orders, all travel logs, warranty service and maintenance records, including, but not limited to all records, checklists, and files regarding maintenance and/or repair.

RESPONSE:

REQUEST NO. 9:  Please produce copies of any and all photographs, audio, or video recordings you or anyone acting on your behalf, including any insurance carrier, have obtained of the scene of the occurrence or the vehicles involved in the occurrence or during any post-accident investigation.

RESPONSE:

REQUEST NO. 10:  Please produce copies of any and all estimates, invoices, salvage documents, or similar information you or anyone acting on your behalf, including any insurance carrier, has obtained concerning repairs to damage to the tractor or trailer which was being operated by the Defendant Randy V. Looney at the time of the occurrence.

RESPONSE:

REQUEST NO. 11:   Please produce copies of any and all pre- and post-accident drug and alcohol tests administered to Defendant Randy V. Looney, and if no such documents exist, please explain in detail the reason or reasons why such

Filed         19-CI-000494    01/24/2019        David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000075 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000016 of 000034

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

tests were not administered and produce a copy of any and all forms related to said "failure" to administer post-accident drug and alcohol tests.

RESPONSE:

REQUEST NO. 12:   Please produce copies of any and all documents in your possession or subject to your control which relate to the gross weight of the loaded vehicle, the weight per axle of the tractor and loaded trailer, and/or the load weight, including any bills of lading, shipping documents, and the like, and/or any and all documents which relate to the width of the tractor, trailer, and/or paving equipment.

RESPONSE:

REQUEST NO. 13:   Produce copies of any and all exhibits or demonstrative evidence which you intend to introduce or rely upon at trial.

RESPONSE:

REQUEST NO. 14:   Please produce copies of all pre-trip and post-trip inspection reports on the tractor-trailer being operated by Defendant Randy V. Looney at the time of the accident.

RESPONSE:

REQUEST NO. 15:   Please produce a copy of all driver training/testing obtained or conducted by you, pertaining to Defendant Randy V. Looney during the period of his employment with you, including manuals, pamphlets, tests results, video, etc.

RESPONSE:

17

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 16:   Please produce any safety bulletins, training memorandums, continued education, for Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 17:   Please produce the ECM (Engine Control Module) data retrieved from the tractor-trailer when the collision occurred.

RESPONSE:

REQUEST NO. 18:   Please produce any independent speed calculations or analysis of the tractor-trailer dynamics conducted post-crash.

RESPONSE:

REQUEST NO. 19.:   Please produce a copy of all logbooks, either electronic or hard copy, for Defendant Randy V. Looney, seven days prior to the collision up the time of impact.

RESPONSE:

REQUEST NO. 20:   Please produce a copy of any and all receipts (meals, fuel, lodging, expenses, tolls, etc.) for three (3) days prior to the collision including the date of the collision up to the time of impact.

RESPONSE:

REQUEST NO. 21:   Please produce any electronic tracking (Qualcom, location tracking, locator etc.) for three (3) days prior to the collision including the date of the collision up to the time of impact.

RESPONSE:

18

Presiding Judge: HON. ANN BAILEY SMITH (630350)

7AC0822C-07F9-425B-965C-781D8E97A45F : 000077 of 000097

IRPD : 000018 of 000034

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 22:  Please produce copies of all previous accidents, post-accident reports, evaluations, discipline, correspondence, after crash review, etc. for Defendant Randy V. Looney while employed with Contractor's Cartage

RESPONSE:

REQUEST NO. 23:   Please produce any and all after action review, post-crash reports, memorandum, correspondence remedial training requests/requirements, discipline, etc. for Defendant Randy V. Looney after this collision.

RESPONSE:

REQUEST NO. 24:   Please produce any post-crash mechanical inspection conducted on the tractor trailer operated by Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 25:   Please produce a list of all medications prescribed or utilized by Defendant Randy V. Looney for one year prior to up to and including the date of the collision.

RESPONSE:

REQUEST NO. 26:   Please produce any and all evidence and/or documentation regarding the compliance with the FMCSA including, but not limited to, Parts 40, 382, 383, 391, 387, 392, 395, 396 and 397.

RESPONSE:

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000078 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000019 of 000034

Filed          19-CI-000494     01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 27: All reports and investigations prepared by you, Randy V. Looney, or anyone else acting on behalf of either as a result of the crash other than the police report.

RESPONSE:

REQUEST NO. 28: Please produce the accident register maintained as required in 49 CFR 390.15(b) to include the subject motor vehicle collision with Plaintiff and all accidents 3 years prior to February 22, 2018.

RESPONSE:

REQUEST NO. 29: Please produce the entire maintenance file related to the truck and trailer and other equipment involved in the subject collision.

RESPONSE:

REQUEST NO. 30: Please produce all leases and contracts that were in effect for the commercial truck on the day of the subject collision.

RESPONSE:

REQUEST NO. 31: Please produce the entire personnel file, driver qualification file and all other files of Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 32: Please produce the entire drug and alcohol test results of Defendant Randy V. Looney including, but not limited, to pre-employment, post-accident, random, reasonable suspicion, and return to duty drug and alcohol testing results maintained pursuant to 49 CFR 382.401, preserved pursuant to 49 CFR 379 (including Appendix A, Note A), and released pursuant to 49 CFR 40.323.

20

7AC0822C-07F9-425B-965C-781D8E97A45F : 000079 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000020 of 000034

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

RESPONSE:

REQUEST NO. 33: Please produce the entire driver investigation history file or its equivalent for Defendant Randy V. Looney maintained pursuant to 49 CFR 391.53 and preserved pursuant to 49 CFR 379 (including Appendix A, Note A).

RESPONSE:

REQUEST NO. 34: Please produce all MVR reports, DAC reports, PSP reports, court records and any other background checks concerning Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 35: Please produce any and all payroll records, time cards, driver logs and other pay and time records for Defendant Randy V. Looney for 1 year leading up to the subject crash.

RESPONSE:

REQUEST NO.  36: Please produce all logs—official or unofficial—of Defendant Randy V. Looney for the six months before the collision involving Plaintiff and for thirty days after the collision, maintained pursuant to 49 CFR 395.8(k) and preserved pursuant to 49 CFR 379 (including Appendix A, Note A).

RESPONSE:

REQUEST NO. 37: Please produce any and all records of worker's compensation claims, workplace injury evaluations and records, health insurance claims, disability claims, sickness or doctors' excuses of Defendant Randy V. Looney for the year leading up to the subject crash.

21

RESPONSE:

REQUEST NO. 38: Please produce all records of Defendant Randy V. Looney

for the 30 days prior to the collision and for the day of the collision. Specifically,

produce the supporting documents listed below which the Defendant is required to

maintain under 49 CFR 3 95.8(k) and to preserve under 49 CFR 379 (including

Appendix A, Note A).

a. Bills of lading;
b. Carrier pros;
c. Freight bills;
d. Dispatch records;
e. Driver call-in records;
f. Gate record receipts;
g. Weight/scale tickets;
h. Fuel billing statements and/or summaries;
i. Toll receipts;
j. International registration plan receipts;
k. International fuel tax agreement receipts;
l. Trip permits;
m. Lessor settlement sheets;
n. Port of entry receipts;
o. Cash advance receipts;
p. Delivery receipts;
q. Lumper receipts;
r. Interchange and inspection reports;
s. Over/short and damage reports;
t. Agricultural inspection reports;
u. Commercial Vehicle Safety Alliance reports;
v. Accident reports;
w. Telephone billing statements;
x. Credit card receipts;
y. Driver fax reports;
z. On-board computer reports
aa. Border crossing reports
bb. Custom declarations
cc. Traffic citations
dd. Overweight/oversize reports and citations

22

Filed                    19-CI-000494    01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

ee. And/or other documents directly related to the motor carrier's operation which are retained by the motor carrier in connection with the operation of its transportation business.

RESPONSE:

REQUEST NO. 39.: Please produce any and all GPS records, satellite communication records, other tracking records, cellular and telephone records and bills of Defendant Randy V. Looney for the day of the motor vehicle collision with Plaintiff, seven days prior, and the day following.

RESPONSE:

REQUEST NO. 40: Please produce any and all credit card bills, fuel card transaction records, and receipts for Defendant Randy V. Looney for the 30 days leading up to the subject crash.

RESPONSE:

REQUEST NO. 41: Please produce any and all state or federal inspection reports related to Randy V. Looney or the truck/trailer involved in the subject crash, along with any other correspondence related to the inspections and associated investigations.

RESPONSE:

REQUEST NO. 42: Please produce any and all federal accident reports filed for Defendant Randy V. Looney and/or you for 2018 and the three years prior.

RESPONSE:

7AC0822C-07F9-425B-965C-781D8E97A45F : 000082 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000023 of 000034

23

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 43: Please produce any and all compliance reviews and other DOT correspondence regarding Defendant Randy V. Looney and/or you for 2018 and three years prior.

RESPONSE:

REQUEST NO. 44: Please produce any and all long form DOT physicals for Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 45: Please produce any and all Seven Day Prior Forms and/or Eight Day Prior Forms for Defendant Randy V. Looney for January and February 2018.

RESPONSE:

REQUEST NO. 46: Produce all photos, audio, video, and electronic media and communications which you, or someone acting on your behalf, possess which relates to this case in any way.

RESPONSE:

REQUEST NO. 47: Produce copies of all training documents related to training of Randy V. Looney.

RESPONSE:

REQUEST NO. 48: Produce copies of any and all satellite communications and e-mail for the day of the subject collision and seven days prior, as well as all recorded ECM (electronic control module), EDR (event data recorder), onboarding

24

7AC0822C-07F9-425B-965C-781D8E97A45F : 000083 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000024 of 000034

device data, abs system data and/or SDM (sensing & diagnostic module)

chronological data with reference to all data available, including but not limited to:

    a. trip distance
    b. total vehicle driving time
    c. load factor
    d. vehicle speed limit
    e. maximum vehicle speed recorded
    f. number of hard brake incidents and associated data
    g. current engine speed (rpm)
    h. maximum and minimum cruise speed limits
    i. total vehicle driving distance
    j. fuel consumption (gal./hr.)
    k. idle time
    1. engine governed speed
    m. maximum engine speed recorded
    n. current throttle position
    o. brake switch status (on/off)
    p. odometer
    q. trip driving time
    r. overall fuel economy (MPG)
    s. average driving speed
    t. number of engine overspeeds
    u. number of vehicle overspeeds
    v. current vehicle speed (MPH)
    w. clutch switch status (on/off)
    x. clock
    y. jake brake status

RESPONSE:

REQUEST NO. 49.: Please produce a copy of documents evidencing the

completion or non-completion of any safe driving programs by Defendant Randy V.

Looney.

RESPONSE:

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 50: Please produce a copy of all employee manuals, driver manuals, company handbooks, and other related documents which were issued to Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 51: Please produce a copy of the company safety letters and all other safety related documents and correspondence issued to Defendant Randy V. Looney.

RESPONSE:

REQUEST NO. 52: Please produce the Permanent Unit File or its equivalent, pursuant to 49 CFR 396.3, including, but not limited to, records relating to the inspections, repairs, maintenance, and costs for the commercial vehicle and trailer involved in the motor vehicle collision with Plaintiff.

RESPONSE:

REQUEST NO. 53: Please produce the printout(s) from any commercial software program (e.g., JJ Keller's LogChecker©) or customized program used to record and audit Defendant Randy V. Looney's log book entries for the one year preceding the motor vehicle collision with Plaintiff.

RESPONSE:

REQUEST NO. 54: Produce all statements, written and/or verbal, recorded interviews, letters or reports of any kind that you, your counsel or anyone acting on your behalf, took, obtained or otherwise heard from any and all persons relating to the subject collision and/or any matters relating to this litigation. Include the name,

26

Filed          19-CI-000494     01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

address and telephone number of the person taking, obtaining or hearing the

statement, how it was recorded if at all, the date it was taken, obtained or heard,

and whether it was signed or verified by anyone. Should the statement be

transcribed, produce both the transcription and the audio/video.

RESPONSE:

27

7AC0822C-07F9-425B-965C-781D8E97A45F : 000086 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000027 of 000034

REQUEST NO. 55: Provide copies of each, any and all insurance agreements, policies, umbrella policies and declaration sheets under which any person, partnership or corporation carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered against the Defendants or to indemnify or reimburse the Defendants for payments made to satisfy any judgment which may be entered against the Defendants. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 56: Attach a curriculum vitae, resume, or bio of each expert witness you, your attorneys, or anyone acting on your behalf have hired or consulted with to potentially be a witness in this litigation along with a copy of any reports generated by said expert.

RESPONSE:

REQUEST NO. 57: Produce copies of all exhibits, photographs, charts, diagrams, maps, drawings, summaries, videos, documents, and real or demonstrative evidence of any kind which you expect or intend to introduce or use at trial in this litigation.

RESPONSE:

REQUEST NO. 58: Produce any and all invoices generated by expert witnesses generated for performing all expert witness services to the Defendant,

28

including the pretrial preparation, any telephone conference, any trial testimony anticipated, and any other fee paid by the Defendant for expert fees.

RESPONSE:

REQUEST NO. 59: Produce all documents and copies of video related to information recorded by any type of Video Recording System, such as Drive am, Safety Vision, or other such systems, regarding all vehicles driven by Defendant Randy V. Looney for the seven (7) days prior and up to the collision on February 22, 2018, including documents and video of the entire date of the collision.

RESPONSE:

REQUEST NO. 60: Produce all documents relaying information recorded by any type of Radar Collision Warning System, such as VORAD or other such systems, regarding all vehicles driven by Defendant Randy V. Looney for the seven (7) days prior and up to the collision on February 22, 2018, including documents of the entire date of the collision.

RESPONSE:

REQUEST NO. 61: Produce all documents, audio and/or video relating to information recorded by any type of Accelerometer Recording System, such as Independent Witness, Inc.'s Witness or other such systems, regarding all vehicles driven by Defendant Randy V. Looney for the seven (7) days prior and up to the collision on February 22, 2018, including all information from the entire date of the subject collisions.

RESPONSE

7AC0822C-07F9-425B-965C-781D8E97A45F : 000088 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000029 of 000034

Filed          19-CI-000494     01/24/2019     David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 62: Produce certified copies of any and all printouts and copies of any and all electronic files of data imaged (i.e., downloaded) from the Airbag Control Module (ACM), Powertrain Control Module (PCM), and Roll Over Sensor (ROS) for the vehicle involved in the subject collision and any other vehicles involved in the collision. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 63: Produce complete copies any and all of your internal documentation, including accident reports, internal or external investigations, and/or other notes pertaining to the subject collision, Defendant Randy V. Looney and/or the claims of the Plaintiff.

RESPONSE:

REQUEST NO. 64: Produce complete, certified copies of all records of any communications, including transcripts, notes, memoranda, electronic and digital records, between Defendant Randy V. Looney and Contractor's Cartage (including your agents, servants, employees, and independent contractors) for the 48-hour period before and after the collisions on February 22, 2018. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

30

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 65:  Produce complete copies of any and all documents detailing the chain of custody of the vehicle being driven by Defendant Randy V. Looney at the time of the subject collision, from the time of the collision on February 22, 2018, to the date upon which you respond to this inquiry.

RESPONSE:

REQUEST NO. 66: Produce complete certified copies of any and all training and education materials relating to your adherence and implementation of 49 CFR, Part 382, Subparts A-F, that were applicable at the time of the subject collisions. Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 67: Please provide complete copies of all operating authority forms, applications, documents and/or other information which were filed by or on the behalf of you, including, but not limited to:

    a.  U.S. Department of Transportation (DOT) number;
    b.  Motor Carrier (MC) number;
    c.  Motor Carrier Identification Report (MCS-150);
    d.  Safety Certification Application (MCS-l5OA);
    e.  Application for Motor Property Carrier & Broker Authority (Form OP-1) or Application for Motor Passenger Carrier Authority (Form OP-1(P));
    f.  Appropriate surety bonds, certificates of insurance, proof of self-insurance or other securities or agreements with the FMCSA; and
    g.  Designation of Agent for Service of Process Form (BOC-3).

RESPONSE:

31

Filed          19-CI-000494      01/24/2019      David L. Nicholson, Jefferson Circuit Clerk

7AC0822C-07F9-425B-965C-781D8E97A45F : 000090 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000031 of 000034

REQUEST NO. 68: Please provide a complete, certified copy of the following information obtained from Defendant Randy V. Looney's previous employers pursuant to 49 C.F.R. § 40.25, 382.413:

a. Alcohol tests with results greater than or equal to a BAC reading 0.04;
b. Positive drug tests;
c. Refusals to be tested;
d. Other violations of drug and alcohol testing regulations; and
e. Successful completions of return-to-duty requirements for any employee to whom those requirements would be applicable.

Should you currently have uncertified copies of the same and need to request certified copies, produce the complete, uncertified copies now and supplement certified copies upon receipt of the same.

RESPONSE:

REQUEST NO. 69: Please provide a complete and accurate copy of the following:

a. The results of Defendant Randy V. Looney's commercial driver's license written test evidencing the knowledge required in 49 C.F.R. § 383.11;
b. The results of Defendant Randy V. Looney's commercial driver's license driving skills test, evidencing the knowledge required in 49 C.F.R. § 383.113; and,
c. Randy V. Looney's current CDL and most recent CDL.

RESPONSE:

REQUEST NO. 70: Please provide complete and accurate copies of all compliance reviews performed on you by the FMCSA or other regulatory or administrative organizations pursuant to 49 C.F.R. § 385.5.

RESPONSE:

32

7AC0822C-07F9-425B-965C-781D8E97A45F : 000091 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000032 of 000034

Filed            19-CI-000494      01/24/2019       David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 71: Pursuant to 49 C.F,R. § 390.15(b), please provide complete and accurate copies of all your accident registers for any collision or other occurrence in the past three years that resulted in a fatality, bodily injury requiring immediate medical treatment away from the scene, or towing of one or more vehicles. Please include at least the following information:

    a.  Date of the collision or other incident;
    b.  State the city, state, and nearest location where the collision or incident occurred;
    c.  Contractor's Cartage's driver's complete name;
    d.  Number of injuries in each collision and/or incident and total cumulative injuries;
    e.  Number of fatalities in each collision and/or incident and total cumulative fatalities; and
    f.  Whether hazardous materials other than fuel from the fuel tanks were released in the collision and/or other incident.

RESPONSE:

REQUEST NO. 72: Regarding your vehicle involved in the collision in question and its driver, Defendant Randy V. Looney, produce complete, certified copies of the following documents and other items for the period of one year prior to the collision through one week after the collision:

    a.  Registrations and titles;
    b.  The log books for the drivers, including any and all log books of Defendant Employee;
    c.  Expense sheets;
    d.  All repair orders for one calendar year preceding the collision, including all parts and labor used for such repairs, as well as all routine maintenance records;
    e.  Traffic tickets, warnings issued or any criminal charges or regulatory violations charged or filed against Defendant Employee;
    f.  Purchase order and specifications for the trucks; and,
    g.  All dispatch records and load reports.

RESPONSE:

33

7AC0822C-07F9-425B-965C-781D8E97A45F : 000092 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

IRPD : 000033 of 000034

Filed          19-CI-000494   01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

REQUEST NO. 73: Produce any and all documents or materials identified, referenced or utilized in any way either in or in the process of responding to the above Interrogatories and/or Requests for Production of Documents not already produced in response to one of the Requests for Production of Documents above.

RESPONSE:

Respectfully submitted,

*/s/ Gregory L. Smith*

Gregory L. Smith
Anna S. Rueff
SMITH & HOSKINS, PLLC
6010 Brownsboro Park Blvd., Suite B
Louisville, Kentucky 40207
gsmith@smith-hoskins.com
arueff@smith-hoskins.com
P: (502) 899-5220
F:: (502) 899-3917
**Counsel for Plaintiffs, Patricia Linderman and Gordon Linderman**

34

Filed          19-CI-000494   01/24/2019          David L. Nicholson, Jefferson Circuit Clerk

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-000494**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL**, *Defendant*

TO: **RANDY V. LOONEY**
    **700 HIGH STREET CMN**
    **FREDERICKTOWN, MO 63645**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **1/24/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000896713
CIRCUIT: 19-CI-000494 Long Arm Statute – SOS - Restricted Delivery
LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL





Presiding Judge: HON. ANN BAILEY SMITH (630350)

7AC0822C-07F9-425B-965C-781D8E97A45F : 000094 of 000097

CI : 000001 of 000001



**Commonwealth of Kentucky**

**David L. Nicholson, Jefferson Circuit Clerk**

7AC0822C-07F9-425B-965C-781D8E97A45F : 000095 of 000097

**Case #:** 19-CI-000494      **Envelope #:** 1430853

**Received From:** ANNA RUEFF      **Account Of:** ANNA RUEFF

**Case Title:** LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL      **Confirmation Number:** 86998471

**Filed On:** 1/24/2019   4:19:15PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Charges For Services(Jury Demand / 12) | $70.00 |
| 7 | Money Collected For Others(Postage) | $58.62 |
| 8 | Money Collected For Others(Secretary of State) | $45.30 |
| 9 | Charges For Services(Copy - Photocopy) | $57.00 |
| 10 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $429.42 |

AOC-E-105   Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-000494**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL**, *Defendant*

TO: **CONTRACTORS CARTAGE, INC.**
**2275 CASSENS DRIVE, SUITE 128**
**C/O ROBERT B. SCHILLI**
**FENTON, MO 63026**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                              *Davis L. Nicholas*

                              Jefferson Circuit Clerk
                              Date: **1/24/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____        _____
                                                        Served By

                                             _____
                                                        Title

Summons ID: @00000896714
CIRCUIT: 19-CI-000494 Long Arm Statute – SOS - Restricted Delivery
LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL



Page 1 of 1



7AC0822C-07F9-425B-965C-781D8E97A45F : 000096 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **19-CI-000494**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL**, *Defendant*

TO:  **SCHILLI CORPORATION**
     **2275 CASSENS DRIVE, SUITE 128**
     **C/O ROBERT B. SCHILLI**
     **FENTON, MO 63026**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **1/24/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
                                    Served By

   _____
                                    Title

---

Summons ID: @00000896715
CIRCUIT: 19-CI-000494 Long Arm Statute – SOS - Restricted Delivery
LINDERMAN, PATRICIA, ET AL VS. LOONEY, RANDY V., ET AL



Page 1 of 1

*eFiled*

7AC0822C-07F9-425B-965C-781D8E97A45F : 000097 of 000097

Presiding Judge: HON. ANN BAILEY SMITH (630350)

CI : 000001 of 000001